✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Eddie Lee Glenn ) | Case No: 053L 2:95cr00354-002 |
| ) | USM No: 24898-034 |
| Date of Previous Judgment: 07/12/1996 ) | Virginia Schlueter (AFPD) |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __36__                    Amended Offense Level: __34__
Criminal History Category: __1__                  Criminal History Category: __1__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __07/12/1996__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/04/2008

*[Signature]*
Judge's signature

Effective Date: 03/14/2008
(if different from order date)

District Judge Marcel Livaudais, Jr.
Printed name and title

Print  Save As...  Export  Import  Reset